

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00283-CV

Hayden **SOLARCZYK**,
Appellant

v.

Carl Orlander **GOVAN**, Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV03861
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: September 15, 2021

DISMISSED

On September 8, 2021, appellant filed a motion to dismiss this appeal. The motion is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM